UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HAKIMAH JABBAR,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

CASE NO. 2:21-CV-805
JUDGE SARAH D. MORRISON
Magistrate Judge Kimberly A. Jolson

## ORDER

On March 10, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") granting Plaintiff's request to proceed *in forma pauperis* and recommending that Plaintiff's claims be dismissed. (ECF No. 3). Plaintiff timely filed objections to the R&R (ECF No. 4) and those objections are now before the Court.

In her R&R, the Magistrate Judge noted that there are a number of flaws to Plaintiff's Complaint before discussing two fatal flaws in detail. (ECF No. 3, p. 3). First, she found that Plaintiff's Complaint is frivolous because it is duplicative of a case that Plaintiff had previously filed against the United States Postal Service. (*Id.*). Second, she found that the Postal Service is immune from suit. (*Id.*, p. 4).

Plaintiff's objections do not address the first basis for dismissal. And, although she argues that immunity does not apply to her claims, her arguments as to the second basis are not supported by the statutes or case law. Plaintiff's objections are overruled.

The Report and Recommendation (ECF No. 3) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

/s/ Sarah D. Morrison
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE